PeaesoN, C. J.
 

 The woman, Jane, had no child born between the making of the will and the death of the testatrix, so the question presented in the class of cases to which wo were referred on the argument, does not arise. We have as an open question, does the word, “increase,” in the limitation over after the death of James Moye, include the child “Laurence,” or is it confined to the children bom after the death of the testator ?
 

 The ordinary sense of “ increase,” in respect to a woman, is her children grand-children, &c., issue of her body, descendants, and we do not think the fact, that one of her children, Laurence, is previously mentioned, sufficient to show that the
 
 *361
 
 word, “increase,” was not afterwards used in- its ordinary-sense, so as to include that child as.-welLas all other children, and grand-children, &c., fo'r, when the testatrix came to make • the limitation over, the word'.“ children”'was not appropriate to convey her meaning,- and she-adopted the-word “increase,” in the sense of issue of her body, descendants* to-save the trouble of writing “ children, grand-children,-, great-grand-children ; as the taker of the first estate, might have lived long enough to allow time for her,to;. have numerous descendants, which the testatrix seems .to have -considered .probable.
 

 This construction is supported and,' in .fact, made necessary,, by the last limitation over “in case of-the death of James, without a child,
 
 Ilect/oe them all
 
 to mynephews above named.” “ Them all,” cannot be restricted. to . the children of Jane, born after the death of the testatrix, .but must include Jane and Laurence also-; in other words, Jane and her family, and the subjects of the first limitation, .must be the same as those disposed of by the last.
 

 We think the plaintiff, Abram Moye,.is entitled to the woman, Jane, and to
 
 one
 
 of her children-,, of which he is to have choice; he is entitled. this preference, .because the first limitation is given to him, showing,him,, to be the primary object of the bounty.of the testatrix, and, the defendants are introduced as secondary, .and are„only to have.what is left after he gets his-portion..
 

 The cost will be paid, by the executor out of the fund, so as to bear equally upon all, as all were interested in having the question settled, and it presented a .fair matter of doubt.
 

 Lee Cueiam, . Decree accordingly..